No. 35. SMITH *v.* HALL ET AL.; and

No. 36. SAME *v.* JAMES MANUFACTURING CO. ET AL. April 5, 1937. S. Harold Smith, Executor of the Estate of Samuel B. Smith, substituted as the party petitioner on motion of *Mr. Dean S. Edmonds* for the petitioner.

No. 567. DAVIS *v.* BOSTON & MAINE RAILROAD ET AL. April 6, 1937. Motion for leave to file petition for rehearing submitted by *Mr. Edward F. McClennen* for the petitioner, and the motion denied. See 299 U. S. 614.